No. 4251.—Santa, aplte., v. Comisión Hípica Insular, aplda. y Porto Rico Racing Corp., interventora.— C. D. San Juan. Julio 12, 1928.

Por cuanto la transcripción de los autos en este caso se radicó en la secretaría de este tribunal el 20 de junio de 1927;

Por cuanto no habiendo la parte apelante hecho gestión alguna, el 16 de mayo de 1928 se señaló la audiencia del 4 de junio último a fin de que compareciera y manifestara por qué no debía desestimarse por abandono el recurso;

Por cuanto en el día señalado, el apelante compareció y pidió que se le concediera un nuevo término de veinte días para radicar su alegato y la corte accedió;

Por cuanto transcurrido dicho nuevo término sin que el alegato se archivara, se señaló la audiencia del 9 de julio para que el apelante manifestara por qué no debía desestimarse por abandono el recurso, y

Por cuanto en el dicho día 9 de julio compareció el apelante y pidió que se le concediera otro nuevo término para presentar su alegato sin exponer razones que explicaran su negligencia, limitándose su abogado a expresar oralmente sin argumentación que creía que el apelante tenía una buena causa de acción;

Por tanto, habiendo faltado el apelante repetidamente a las reglas de la corte, sin que se alegara causa justa alguna que explique la dilación, se desestima, por abandono, el recurso.